**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Steven J. Reisman (SR 4906)
L.P. Harrison 3rd (LH 5540)
Jerrold L. Bregman (JB 0784)

*Attorneys for PlusFunds Group, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| REFCO INC., et al., | : Case No. 05-60006 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

---------------------------------------------------------------x

## NOTICE OF APPEAL

      PlusFunds Group, Inc. ("PlusFunds") hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001 and 8002, from the Order Granting the Plan Administrators' Motions for Summary Judgment on Proofs of Claim of PlusFunds Group, Inc., entered on July 20, 2007 [Docket No. 5600] which is annexed hereto as Exhibit A, and all interim oral rulings made at hearings on February 13, 2007 [Docket No. 4669], April 12, 2007 [Docket No. 5159], and May 3, 2007 [Docket No. 5240], and annexed hereto as Exhibits B, C, and D, respectively.

[Remainder of Page Intentionally Left Blank]

3802985

The parties to this appeal and their respective counsel and addresses are as follows:

**Appellant and Counsel**

**PlusFunds Group, Inc.**

| | |
|---|---|
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Robert E. Malchman (RM-3641) |
| 101 Park Avenue | 500 Fifth Avenue, Suite 1410 |
| New York, New York  10178-0061 | New York, New York 10110 |
| Telephone:  (212) 696-6000 | Telephone:  (646) 281-5915 |
| Facsimile:  (212) 697-1559 | |
| Attn:   Steven J. Reisman (SR 4906) | |
|         L.P. Harrison 3rd (LH 5540) | |
|         Jerrold L. Bregman (JB 0784) | |

**Appellees and Counsel**

**RCM Plan Administrator**

Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022
Telephone:  (212) 705-7000
Attn:   Sabin Willett (*pro hac vice*)
        Jared R. Clark (JC-6512)
        Jason L. Watkins (*pro hac vice*)

PlusFunds reserves the right to amend this Notice of Appeal.

Dated: July 30, 2007
       New York, New York

                                                              CURTIS, MALLET-PREVOST,
                                                               COLT & MOSLE LLP

                                                   By:  /s/  L.P. Harrison 3rd
                                                       Steven J. Reisman (SR 4906)
                                                       L.P. Harrison 3rd (LH 5540)
                                                       Jerrold L. Bregman (JB 0784)
                                                       101 Park Avenue
                                                       New York, New York  10178-0061
                                                       Telephone:  (212) 696-6000
                                                       Facsimile:  (212) 697-1559

                                                       *Attorneys for PlusFunds Group, Inc.*

3802985

Of Counsel:

Robert E. Malchman (RM-3641)
500 Fifth Avenue, Suite 1410
New York, New York 10110
Telephone: (646) 281-5915
Facsimile: (212) 789-8718

Of Counsel:

Robert E. Malchman (RM-3641)
500 Fifth Avenue, Suite 1410
New York, New York 10110
Telephone: (646) 281-5915
Facsimile: (212) 789-8718

3802985