# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

FRANKFURT  MUSCAT
HOUSTON  PARIS
LONDON  STAMFORD
MEXICO CITY  WASHINGTON, D.C.
MILAN

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
VOICE MAIL 212-696-6028
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

WRITER'S DIRECT:
TELEPHONE 212-696-6185
E-MAIL JBREGMAN@CM-P.COM

**MEMO ENDORSED** September 20, 2007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

**VIA HAND DELIVERY**

The Honorable Richard J. Sullivan
United States District Judge
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

Re: *In re PlusFunds Group, Inc. v. RCM Plan Administrator (In re Refco, Inc.)*
S.D.N.Y. Index No. 1:07-cv-07758-RJS

Dear Judge Sullivan:

We are counsel to Appellant, PlusFunds Group, Inc., in the above-referenced case. We have reached a settlement in principal with the Appellee. I am authorized by counsel for Appellee therefore respectfully to apply on behalf of the parties that the schedule for all submissions to the Court in connection with the appeal be adjourned for 30 days while the parties finalize the settlement agreement and obtain permission in their respective bankruptcy cases to implement it.

If Your Honor or a member of Your Honor's staff should have any questions with respect to this matter, please feel free to call me at 212-696-6185.

Respectfully submitted,

Jerrold L. Bregman

cc:  P. Sabin Willett, Esq. (*via e-mail* pswillett@bingham.com)
     Jared Riley Clark, Esq. (*via e-mail*: jared.clark@bingham.com)
        (Bingham McCutchen LLP, Counsel for the Appellee)
     Ms. Florence V. Lentini (*via e-mail*: flentini@xroadsllc.com)
        (XRoads Solutions Group, LLC)
     L.P. Harrison 3rd, Esq. (*via e-mail*: lharrison@cm-p.com)
        (Curtis, Mallet-Prevost, Colt & Mosle LLP)

So ordered.

USDJ
9/21/07

3942079