**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Steven J. Reisman (SR 4906)
L.P. Harrison 3rd (LH 5540)
Jerrold L. Bregman (JB 0784)

*Attorneys for Appellant PlusFunds Group, Inc.*
  *The Liquidating Debtor*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| REFCO INC., et al., | Case No. 05-60006 (RDD) |
| Debtors. | (Jointly Administered) |
| PLUSFUNDS GROUP, INC., | Case No. 07-07758 (RJS) |
| Appellant, | |
| v. | |
| RCM PLAN ADMINISTRATOR, | |
| Appellee. | |

**NOTICE OF WITHDRAWAL OF APPEAL**

PlusFunds Group, Inc. ("PlusFunds"), the Appellant in the above-referenced appeal, hereby voluntarily withdraws with prejudice its appeal (the "Appeal") of the *Order Granting the Plan Administrators' Motions for Summary Judgment on Proofs of Claim of PlusFunds Group, Inc.* (the "Summary Judgment Order"), entered on July 20, 2007 in the above-referenced jointly administered Chapter 11 cases (the "Refco Cases") [Docket No. 5600].

PlusFunds is withdrawing its Appeal in accordance with that certain stipulation and agreed order, entered in the Refco Cases on October 19, 2007 (the "Stipulation and Agreed Order") [Docket No. 6189], annexed hereto as "Exhibit A", between PlusFunds, on the one hand,

4043773

and various Refco parties on the other hand, including the RCM Plan Administrator, the Refco Plan Administrator, and the Chapter 7 Trustee of Refco, LLC (each as defined in the Stipulation and Agreed Order). Pursuant to the Stipulation and Agreed Order, PlusFunds agreed to withdraw the Appeal upon receiving a specified cash payment which has in fact been received by PlusFunds.

Dated: November 8, 2007
New York, New York

Respectfully submitted,

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By: /s/ L.P. Harrison 3rd
    Steven J. Reisman (SR 4906)
    L.P. Harrison 3rd (LH 5540)
    Jerrold L. Bregman (JB 0784)
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

*Attorneys for PlusFunds Group, Inc.*
*The Liquidating Debtor*

SO ORDERED this 20th day of November, 2007 in New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

-2-

4043773